UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **TIMOTHY TIDWELL, Individually,** § § | | |
| **Plaintiff,** § § | | |
| vs. § § | **CASE NO. 5:16-CV-01004** | |
| **WINDWARD PARTNERS II, LTD.** § a Texas Limited Partnership, and PNS § **STORES, INC., a California Corporation,** § § | | |
| **Defendants.** § | | |

## JOINT NOTICE OF SETTLEMENT BETWEEN JAMES VAN WINKLE AND PNS STORES, INC.

Plaintiff Timothy Tidwell ("Plaintiff") and Defendant PNS Stores, Inc. ("Defendant" or "PNS") hereby provide notice that they have reached a confidential no-admission settlement in principle.

It is the ultimate intent of Plaintiff and Defendant that all claims asserted and that could have been asserted in the above-captioned case be dismissed with prejudice. Plaintiff and Defendant request that the Court conditionally close this case, terminate all scheduled hearings and deadlines, including the deadline for PNS to answer this lawsuit on December 14, 2016, and allow the parties thirty (30) days to execute settlement documents, finalize settlement, and file the appropriate dismissal pleadings with the Court.

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By: */s/ Robert L. Rickman*
Robert L. Rickman
State Bar No. 24013400
rrickman@krcl.com
Jaime M. DeWees
State Bar No. 24097593
jdewees@krcl.com

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Phone: 214.777.4200
Facsimile: 214.777.4299

**ATTORNEYS FOR DEFENDANT**
**PNS STORES, INC., a California Corporation**

Abraham Levit
Law Office of Abraham Levit
1001 West Loop S, Suite 880
Houston, Texas 78231
alevitatty@gmail.com

John P. Fuller
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
jpf@fullerfuller.com

**ATTORNEYS FOR PLAINTIFF**
**JAMES VAN WINKLE**