UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TIMOTHY TIDWELL, Individually, | § § § | |
| Plaintiff, | § | |
| vs. | § § | CASE NO. 5:16-CV-01004 |
| WINDWARD PARTNERS II, LTD. a Texas Limited Partnership, and PNS STORES, INC., a California Corporation, | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS

On this 27 day of January, 2017, the Court considered the Agreed Motion to Dismiss (the "Motion") filed by Defendant PNS STORES, INC. (collectively "Defendants") and Plaintiff TIMOTHY TIDWELL ("Plaintiff"), in the above-entitled and numbered cause. Plaintiff and Defendant have announced to this Court that all outstanding matters between these two parties have been settled and compromised, and they have requested that Defendant be dismissed, and that the claims by Plaintiff against Defendant be dismissed with prejudice. This Court is of the opinion that the Agreed Motion to Dismiss should be GRANTED.

It is, therefore ORDERED that all claims and causes of action brought by Plaintiff against Defendant should be and hereby are dismissed with prejudice:.

It is further ordered that Defendant is dismissed from this cause of action;

It is further ORDERED that all court costs incurred herein are adjudged against the party incurring same.

It is further ORDERED that all relief not granted is hereby denied.

Signed this 27 day of January, 2017 

JUDGE PRESIDING

APPROVED AS TO SUBSTANCE
AND FORM:


/s/ Abraham Levit
Abraham Levit
Law Office of Abraham Levit
1001 West Loop S, Suite 880
Houston, Texas 78231
alevitatty@gmail.com

/s/ John P. Fuller
John P. Fuller
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
jpf@fullerfuller.com
**COUNSEL FOR PLAINTIFF**

/s/Robert L. Rickman
Robert L. Rickman
State Bar No. 24013400
E-Mail: rrickman@krcl.com
Jaime M. DeWees
State Bar No. 24097593
jdewees@krcl.com
**COUNSEL FOR DEFENDANTS**