UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TIMOTHY TIDWELL, Individually,

    Plaintiff,

CASE NO. 5:16-cv-1004-DAE

v.

WINDWARD PARTNERS II, LTD.,
a Texas Limited Partnership,
and PNS STORES, INC.,
a California Corporation

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, TIMOTHY TIDWELL, by and through his undersigned counsel, and herein files this Notice of Voluntary Dismissal without prejudice as to Defendant WINDWARD PARTNERS II, LTD., a Texas Limited Partnership, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

Respectfully submitted,

_____
Abraham Levit
Attorney for Plaintiff
Texas Bar No. 12258700
1001 West Loop South, Suite 880
Houston, TX 77027
Telephone: (713) 888-0711
Facsimile: (281) 652-5822
alevitatty(&,gmail.com

**/s/ John P. Fuller**
John P. Fuller, Esq., Lead Attorney
FULLER, FULLER AND ASSOCIATES, P.A.
Fla. Bar No.: 0276847
Co-Counsel for Plaintiff
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
jpf@fullerfuller.com;
Telephone: (305) 891-5199
Facsimile: (305) 893-9503